FILED

2013 APR 30  PM 3: 42

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
RIVERSIDE

BY _____

1
2
3
4
5
6
7
8              UNITED STATES DISTRICT COURT
9             CENTRAL DISTRICT OF CALIFORNIA
10
11  U.S. BANK NATIONAL              )   Case No. EDCV 13-682-UA (DUTYx)
    ASSOCIATION, SUCCESSOR IN       )
12  INTEREST TO THE FEDERAL         )
    DEPOSIT INSURANCE               )   ORDER RE: SUMMARY REMAND
13  CORPORATION AS RECEIVER FOR)        DUE TO IMPROPER REMOVAL
    DOWNEY SAVING AND LOAN,         )
14  F.A.,                           )
                                    )
15              Plaintiff,          )
                                    )
16          v.                      )
                                    )
17                                  )
    JAMES D. WILLIAMS, LESLIE D.    )
18  WILLIAMS,                       )
                                    )
19              Defendants.         )
20  _____)

21        On April 12, 2013, James D. Williams and Leslie D. Williams lodged a Notice of

22  Removal and an application to proceed *in forma pauperis*.  Plaintiff brought suit in a

23  straight-forward unlawful detainer action in the San Bernardino County Superior Court.

24  The Court has denied the aforementioned application under separate cover because this

25  action was not properly removed.  As a result, the Court issues this Order to remand the

26  action to state court.

27        Plaintiff could not have brought this action in federal court based on federal

28                                    1

question jurisdiction because the underlying matter is a straight-forward unlawful detainer action.  28 U.S.C. §§ 1331, 1441(a).  Further, assuming a claim of diversity jurisdiction was to be asserted as a basis for removal, the Court notes that the amount in controversy in the unlawful detainer action does not exceed $75,000, excluding interest and costs.  28 U.S.C. §§ 1332(a), 1441(b).

Accordingly, IT IS ORDERED that (1) this matter be REMANDED to the Superior Court of California, San Bernardino County, 303 W. Third Street, San Bernardino, California 92415-0210, for lack of subject matter jurisdiction pursuant to 28 U.S.C. § 1447(c); (2) that the Clerk send a certified copy of this Order to the state court; and (3) that the Clerk serve copies of this Order on the parties.

**IT IS SO ORDERED.**

DATED: _____, 2013

HONORABLE GEORGE H. KING
Chief United States District Judge

Presented by:

HONORABLE OSWALD PARADA
United States Magistrate Judge

2